FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 24 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISABEL MANZO,

                *Plaintiff,*

   -against-

SOVEREIGN MOTOR CARS, LTD.,
EDWARD FELDMAN, and JACK
MATALON,

                *Defendants.*
------------------------------------------------------------X

JUDGMENT
08-CV- 1229 (JG)

      A Memorandum and Order of Honorable John Glesson, United States District Judge, having been filed on May 11, 2010, denying defendants' motion to vacate the award of punitive damages or grant a new trial or a remittitur; granting plaintiff's motion for attorneys' fees in the amount of $314,534.00; granting plaintiff's motion for costs in the amount of $11,911.39; granting pre-judgment on the compensatory portion of plaintiff's award in the amount of $4,219.73; and further, ordering that post-judgment interest is granted on the compensatory damages portion of plaintiff's award at a rate equal to the weekly average 1-year constant maturity Treasury yield in accordance with 28 U.S.C. § 1961(a); and granting interest on the costs of litigation, at the same rate for the period beginning December 1, 2008; it is

      ORDERED and ADJUDGED that defendants' motion to vacate the award of punitive damages or grant a new trial or a remittitur is denied; that plaintiff's motion for attorneys' fees is granted in the amount of $314,534.00; that plaintiff's motion for costs is granted in the amount of $11,911.39; that pre-judgment interest on the compensatory portion of plaintiff's award is granted in the amount of $4,219.73; and that it is further,

JUDGMENT
08-CV- 1229 (JG)

      ORDERED and ADJUDGED that post-judgment interest is granted on the compensatory damages portion of plaintiff's award at a rate equal to the weekly average 1-year constant maturity Treasury yield in accordance with 28 U.S.C. § 1961(a) for the period beginning December 1, 2008, in the amount of $681.57; and that it is further,

      ORDERED and ADJUDGED that post-judgment interest is granted on the costs of the litigation at a rate equal to the weekly average 1-year constant maturity Treasury yield in accordance with 28 U.S.C. § 1961(a) for the period beginning December 1, 2008, in the amount of $162.86.

Dated: Brooklyn, New York
       May 19, 2010

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court